IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBALL HARDEMAN, Individually and as Class Agent, | * * * | |
| Plaintiff, | * * * | |
| vs. | * * | No. 4:09CV00312 SWW |
| UNITED STATES OF AMERICA, ET AL., | * * | |
| Defendants. | * * * | |

ORDER

Before the Court is defendants' unopposed motion to stay the deadlines set forth in the Initial Scheduling Order pending a ruling on defendants' motion to dismiss filed on August 20, 2009. The Court grants the motion [docket entry 13]. The Court will issue a new Initial Scheduling Order after a ruling is made on the motion to dismiss.

DATED this 28th day of August, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE