IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBALL HARDEMAN, Individually and as Class Agent, | * * * | |
| Plaintiff, | * * * | |
| vs. | * * | No. 4:09CV00312 SWW |
| UNITED STATES OF AMERICA, ET AL., | * * | |
| Defendants. | * * * | |

ORDER

Before the Court is plaintiff's motion for voluntary dismissal. Defendants responded in opposition, and plaintiff filed a reply to the response.

Having carefully considered the motion, response, and reply, the Court finds the motion [docket entry 33] should be and is hereby granted. Plaintiff's complaint is dismissed without prejudice.

SO ORDERED this 18th day of May, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE