**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| KIMBALL HARDEMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>ERIC HOLDER, JR., Attorney General )<br>U.S. DEPARTMENT OF JUSTICE )<br>MICHELLE M. LEONHART, Acting )<br>Administrator, )<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>)<br>Defendants. )  | Case No. 4:09-cv-00312 SWW |

**ORDER**

Before the Court is Defendants' Motion for Clarification (Dkt. No. 37). Upon consideration of Defendants' motion and Plaintiff's Response, the Court GRANTS the motion and ORDERS that the Court's May 18, 2010 Order in this matter (Dkt. No. 36) be clarified as follows:

Upon consideration of Plaintiff's motion for voluntary dismissal (Dkt. No. 33), Defendants' response and Plaintiff's reply thereto, Plaintiff's motion is GRANTED as to the claims of Plaintiff's Complaint still remaining after Court's January 11, 2010 Memorandum Opinion and Order (Dkt. No. 26). Plaintiff's claim of hostile work environment is DISMISSED WITHOUT PREJUDICE. The claims dismissed by the Court's January 11, 2010 Order are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 27th day of May, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE