IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBALL HARDEMAN, Individually and as Class Agent, | * * * | |
| Plaintiff, | * * * | |
| vs. | * * | No. 4:09CV00312 SWW |
| UNITED STATES OF AMERICA, ET AL., | * * | |
| Defendants. | * * * | |

**Judgment**

Pursuant to the Orders filed in this matter on May 18 and May 27, 2010, IT IS CONSIDERED, ORDERED, AND ADJUDGED that plaintiff's claim of hostile work environment is dismissed without prejudice. The claims dismissed by the Court's January 11, 2010 Order are dismissed with prejudice.

DATED this 4th day of June 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE